**James Cedric HARRIS, Plaintiff–Appellant,**

v.

**MEDITRAN INC./Smoke Shack; Iva Angelova, Defendants–Appellees.**

No. 15–1095.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

James Cedric Harris, Appellant Pro Se. Gregory William Klein, Taylor & Walker, PC, Norfolk, Virginia, for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Cedric Harris appeals the district court's order dismissing his civil action for lack of jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Harris' informal brief does not present argument explaining how the district court erred in its disposition, Harris has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*